

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00531-CV

Janet **AHMAD**,
Appellant

v.

**BLUFFVIEW GREENS HOMEOWNERS ASSOCIATION, INC.**, Joseph Battaglia, David M. Garrett, Allan R. Manka, and FirstService Residential San Antonio, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02963
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: May 5, 2021

JOINT MOTION TO SET ASIDE AND REMAND GRANTED; SET ASIDE AND REMANDED

The parties have filed a joint motion stating they have fully settled all issues in dispute. The parties ask that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties have agreed that the costs of this appeal will be borne by the party that incurred them. The parties further request this court to accelerate issuance of the mandate. *See id.* R. 18.1(c).

We grant the motion. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. The costs of this appeal shall be borne by the party that incurred them. We order the clerk of this court to issue the mandate concurrently with the opinion and judgment.

PER CURIAM